SADIE GERBER, PLAINTIFF-RESPONDENT, v. EDWARD PECHT, DEFENDANT-PETITIONER.

*Mr. Irving Mandelbaum* for the petitioner.

*Mr. Samuel L. Marcus* and *Mr. Sidney Krieger* for the respondent.

December 14, 1953.   Granted.

JOHN E. CULLUM, PETITIONER-PETITIONER, v. BOARD OF EDUCATION OF THE TOWNSHIP OF NORTH BERGEN, RESPONDENT-RESPONDENT.

See same case below: 27 *N. J. Super.* 243.

*Mr. Morton Isaacs* for the petitioner.

*Mr. Isadore Glauberman* for the respondent.

December 14, 1953.   Granted.